NUMBER13-03-492-CV

 

                         COURT OF APPEALS

 

               THIRTEENTH DISTRICT OF TEXAS

 

                  CORPUS CHRISTI - EDINBURG

___________________________________________________________________

 

IN
THE MATTER OF M.B.A., A CHILD

___________________________________________________________________

 

                  On appeal from the 319th
District Court

                           of Nueces
County, Texas.

___________________________________________________________________

 

                     MEMORANDUM OPINION

 

     Before Chief Justice Valdez and
Justices Castillo and Garza

                       Memorandum Opinion Per
Curiam

 








Appellant, LARRY
DONNELL YOUNG, perfected an appeal from a judgment entered by the 319th
District Court of Nueces County, Texas, in cause number 02-2482-G.  This cause was
referred to mediation on September 11, 2003. 
Subsequently, the parties notified this Court that mediation was
successful.  Despite several notices, the
parties have failed to file a motion to dispose of the appeal.  On June 20, 2005, the parties were again
requested to file a motion to dispose of the appeal.  The parties were advised that, if a proper
motion to dispose of the appeal or a response showing grounds for continuing
the appeal was not filed, the appeal would be dismissed.  See Tex.
R. App. P. 42.3(c).  To date, the
parties have failed to respond to this Court=s notice.

The Court, having
examined and fully considered the documents on file,  this Court=s notice, and appellant=s failure to respond,
is of the opinion that the appeal should be dismissed.  The appeal is hereby DISMISSED.

PER CURIAM

 

Memorandum Opinion delivered and 

filed this the 28th day of July, 2005